Judgment in a Civil Case
_____

United States District Court<br>_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| FORBES W. CURRY | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-6292 |
| v. | |
| WILLIAM P. BARR, et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition is Denied and Dismissed.


| | |
|---|---|
| Date: August 4, 2020 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Jennifer Vernen<br>    Deputy Clerk |